# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

Stephen J. Markman,
Chief Justice

156796

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 156796
COA: 332966
Wayne CC: 15-009334-FC

JEFFREY ALEXANDER HOGAN,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 17, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



Clerk

a0924